**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 01-7920

———————————

HENRY L. AIKEN,

                                        Plaintiff - Appellant,

        versus

WILLIE WELDON, Warden; FISITMOND SANDERS,
Captain; TIMOTHY CLARK, Lieutenant; JOHNNY
BUNCUMB, Sergeant; DAVID GADDIS, Corporal;
PIERR NEAL, Sergeant; VINCENT THURMAN,
Correctional Officer; GARY MANIGUALT,
Correctional Officer; CLASSY THOMPSON,
Corporal; LISA PARROTT, I.G.C.,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-01-288-9-18RB)

———————————

Submitted:  March 21, 2002          Decided:  March 28, 2002

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Henry L. Aiken, Appellant Pro Se.  Jonathan Joel Anderson,
Charleston, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry L. Aiken appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Aiken v. Weldon</u>, No. CA-01-288-9-18RB (D.S.C. Sept. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>